942

No. 512. BEHR v. MINE SAFETY APPLIANCES CO. ET AL. C. A. 3d Cir. Certiorari denied. *Paul Ginsburg* for petitioner. *Paul E. Hutchinson* for respondents.

No. 514. UNITED STATES EX REL. ACKERMAN v. JOHNSTON, WARDEN. C. A. 3d Cir. Certiorari denied. *Marjorie Hanson Matson* for petitioner. *Albert A. Fiok* for respondent.

No. 516. FEENER BUSINESS SCHOOLS, INC., ET AL. v. SCHOOL OF SPEEDWRITING, INC. C. A. 1st Cir. Certiorari denied. *Edward T. Cauley* for petitioners.

No. 517. NEWPORT v. SAMPSELL, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Norman A. Bailie* and *Richard A. Turner* for Sampsell, respondent.

No. 518. COLLINS v. ATLANTIC COAST LINE RAILROAD CO. C. A. 4th Cir. Certiorari denied. *Thomas J. Lewis, Jr.*, *Thomas J. Lewis* and *Robert K. Wise* for petitioner. *Douglas McKay* and *M. V. Barnhill, Jr.* for respondent.

No. 519. TAYLOR FORGE & PIPE WORKS v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Henry E. Seyfarth* and *John F. Lane* for petitioner. *Solicitor General Rankin, Theophil C. Kammholz, Dominick L. Manoli, Frederick U. Reel* and *William J. Avrutis* for respondent.